UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GUY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | NO. 1:15-cv-02864-TWT |
| ANALYTICAL ENVIRONMENTAL ) | |
| SERVICES, INC. d/b/a AES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

HAVING CONSIDERED the Stipulation of Dismissal with Prejudice submitted by the Plaintiff and the Defendant,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO ORDERED this __19__ day of __October__, 2015.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE